UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE P. WYMAN,                    ) | United States District Court |
|                      ) | |
|       Plaintiff,            ) | Civil Action No. |
|                      ) | |
| v.                                 ) | |
|                      ) | (Middlesex Superior Court |
| APRILE'S EUROPEAN RESTAURANT, LLC   ) | Civil Action No. 12-2932) |
|                      ) | |
|       Defendant.            ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Please take notice that, pursuant to 28 U.S.C. § 1441 et al., Defendant Aprile's European Restaurant, LLC ("Defendant") removes Civil Action No. MICV2012-2932 captioned *Wayne P. Wyman v. Aprile's European Restaurant*, currently pending in the Superior Court of Middlesex County, Lowell, Massachusetts, to the United States District Court for the District of Massachusetts. The grounds for this removal are as follows:

### BACKGROUND

1.     In this civil action, Plaintiff Wayne P. Wyman ("Plaintiff") filed a complaint alleging, *inter alia*, violations of the Fair Labor Standards Act, 29 U.S.C. § 207 ("FLSA"). Specifically, Plaintiff alleges that Defendant failed to pay him proper wages under the FLSA.

2.     Defendant contends that these claims lack merit and that it has acted in compliance with the FLSA in its dealings with Plaintiff.

3.     Pursuant to 28 U.S.C. § 1331, the District Court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

4.      Pursuant to 28 U.S.C. § 1441(a), except as otherwise expressly provided by act of Congress, any civil action brought in a State Court of which the District Courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the District Court of the United States for the district and division embracing the place where such action is pending.

5.      The United States District Court for the District of Massachusetts is the District Court of the district and division embracing matters pending at the Superior Court of Middlesex County, Lowell, Massachusetts.

6.      Diversity of citizenship is not a prerequisite, since this is a federal question.

7.      Likewise, because this case presents a federal question, the amount in controversy is not germane at this juncture.

8.      The notice is being filed within 30 days of service of plaintiff's complaint, which was served on August 8, 2012.  The complaint was the initial pleading in this matter.  The service of the complaint was the first receipt by the defendant of the initial pleading.

9.      A true and correct copy of the summons and complaint served upon Defendant as of the time of the filing of this Notice of Removal is attached hereto as **Exhibit "1"** pursuant to 28 U.S.C. § 1446(a).

10.      True and correct copies of the Notice of Removal will be served upon Plaintiff's counsel and filed with the Clerk of the Superior Court of Middlesex County, Lowell, Massachusetts.

11.      After filing this Notice of Removal, Defendant will file in this Court certified copies of all state court records and proceedings and a certified copy of all state court docket entries, including a copy of the notice of removal.

12.     In filing the Notice of Removal, Defendant does not waive any of its defenses available in this action.

Respectfully submitted,

APRILE'S EUROPEAN RESTAURANT, LLC

By its attorneys,


/s/ David L. Hansen
Mark J. Ventola, Esq. BBO# 549570
David L. Hansen, Esq. BBO# 670621
SHEEHAN PHINNEY BASS + GREEN, PA
255 State Street
Boston, MA 02109
(617) 897-5600
mventola@sheehan.com
dhansen@sheehan.com

Dated:  August 22, 2012

## CERTIFICATE OF SERVICE

I, David L. Hansen, do hereby certify that on this 22nd day of August, 2012, I served a copy of the foregoing, by first-class mail and electronic mail, upon:

John W. Davis
Davis & Davis, P.C.
77 Franklin Street, 3rd Floor
Boston, MA  02110


/s/ David L. Hansen
David L. Hansen