UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE P. WYMAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>APRILE'S EUROPEAN RESTAURANT, )<br>LLC, )<br>)<br>Defendant. ) | Civil Action No. 1:12-cv-11560-DJC |

LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies that he conferred with the attorney(s) of record for Defendant as required by LR 7.1(a)(2) on October 17, 2012 and received the assent of Defendant to extend Plaintiff's deadline to October 23, 2012 to oppose Defendant's Motion to Dismiss.

/s/ John W. Davis
John W. Davis

CERTIFICATE OF SERVICE

I, John W. Davis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 16, 2012.

/s/ John W. Davis
John W. Davis